IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re:<br><br>Vera Levert Wylie<br>                                      Debtor(s)<br><br>3190 J.B. Denton Road<br>Lancaster, SC 29720<br><br>Last four digits of Social-Security or Individual<br>Tax-Payer-Identification (ITIN) No(s).,<br>xxx-xx-2241 | Case Number 20-02700<br>Chapter 13<br><br>NOTICE OF MOTION/APPLICATION AND<br>OPPORTUNITY FOR HEARING |

Debtor has filed papers with the court to Sell Property.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion, or you want the court to consider your views on the Motion, then within 21 days of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:
United States Bankruptcy Court
1100 Laurel Street
Columbia, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:  F. Lee O'Steen, P.O. Box 36534, Rock Hill, SC 29732

Attend the hearing scheduled to be heard on **March 10, 2022**, at **10:30 AM**, at **Donald Stuart Russell Federal Courthouse,** 201 Magnolia Street, Spartanburg, SC 29306-2355 .

If no response, return, and or objection is timely filed and served, no hearing will be held on this Motion, except at the direction of the judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: January 17, 2022          /s/ F. Lee O'Steen
                                 F. Lee O'Steen, Fed ID 8032
                                 P.O. Box 36534, Rock Hill, SC 29732
                                 Phone (803) 327-5300; Fax (803) 327-5250
                                 lee@osteenlawfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re:

Vera Levert Wylie

Debtor(s)

3190 J.B. Denton Road
Lancaster, SC 29720

Last four digits of Social-Security or Individual
Tax-Payer-Identification (ITIN) No(s).,
xxx-xx-2241

Case Number 20-02700
Chapter 13

## **MOTION TO SELL PROPERTY AND MEMORANDUM**

The undersigned, as attorney for the debtor moves to sell property. The debtor moves to sell debtor's interest in lot and improvements located at 1731 Flat Creek Road, Lancaster, SC 29720 (TM#0081D-0F-013.00), pursuant to 11 U.S.C. 363 and Bankruptcy Rule 6004. The debtor believes that the buyer is a good faith purchaser. The debtor further believes that this sell is in the best interest of the estate.

TYPE OF SALE: Private

PROPERTY TO BE SOLD: Debtor partial interest in 1731 Flat Creek Road, Lancaster, SC 29720 (TM#0081D-0F-013.00) . Per a Deed of Distribution recorded August 29, 2017, debtor holds a 1/3 interest in this property.

PRICE: $150,000

APPRAISAL VALUE: No current appraisal is available

BUYER: Brian Willard

PLACE AND TIME OF SALE: At the office of the buyer's attorney within a reasonable time following the entry of an order approving this motion.

LIENS/MORTGAGES/SECURITY INTEREST ENCUMBERING PROPERTY:
All liens and judgement on the Property shall be paid at the time of closing. The known liens and or judgments are:
There is a mortgage which will be satisfied. The amount is estimated to be $70,000 owed. And a judgment to National Finance is showing in Debtor's schedules..

No certification is being provided that these are the only encumbrance against the property. No title search has been performed to provide any assurance to any party about the existence of any liens or judgments on the Property or UCCs on any personal property or fixtures to be transferred with the Property. Purchaser, interested party and closing attorney should check title records and provide a survey as necessary to satisfy their requirements.

DEBTOR'S EXEMPTION: $5,050 Claimed on an amended Schedule C.

PROCEEDS ESTIMATED TO BE PAID TO ESTATE:  $15,000 (to Chapter 13 Trustee)

     Applicant is informed and believes that is would be in the best interest of the estate to sell said property by private sale. Applicant also believes that the funds to be recovered for the estate from the sale of said property justify its sale and the filing of this application.

     The Court may consider additional offers at any hearing held on this notice and application for sale. The Court may order at any hearing that the property be sold to another party on equivalent or more favorable term.

     The Trustee or debtor, as applicable, may seek sanctions or other similar relief against any party filing a spurious objection to this notice and application.

     WHEREFORE, applicant requests the Court issue an order authorizing sale of said property and such other and further relief as may be proper.

Rock Hill, SC

January 17, 2022

/s/ F. Lee O'Steen
F. Lee O'Steen, DC # 08032
O'Steen Law Firm, LLC
P.O. Box 36534, Rock Hill, SC 29732
(803) 327-5300 phone;  (803) 327-5250 Fax
Lee@OsteenLawFirm.com

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| In Re:<br><br>Vera Levert Wylie<br><br><br><br>Debtor(s)<br><br>3190 J.B. Denton Road<br>Lancaster, SC 29720<br><br>Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s).,<br>xxx-xx-2241 | Case Number 20-02700<br>Chapter 13 |
|---|---|

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the within NOTICE OF MOTION/APPLICATION AND OPPORTUNITY FOR HEARING; MOTION TO SELL PROPERTY FREE AND MEMORANDUM was duly served upon the parties below named, by depositing said papers in the United States Mail at Rock Hill, South Carolina, on this date, with first class postage duly affixed and a return address clearly indicated on said envelope to the address below and on the attached matrix as indicated.

  Chapter 13 Trustee and the UST by Electronic Notice Only

Rock Hill, SC

January 17, 2022

/s/ F. Lee O'Steen
F. Lee O'Steen, DC # 08032
O'Steen Law Firm, LLC
P.O. Box 36534, Rock Hill, SC 29732
(803) 327-5300 phone;  (803) 327-5250 Fax
Lee@OsteenLawFirm.com

```
Label Matrix for local noticing          Aaron Sales & Lease Ow                  Ameri Cash
0420-3                                    1015 Cobb Place Blvd Nw                 2186 Cherry Road, Suite 107
Case 20-02700-hb                          Kennesaw GA 30144-3672                  Rock Hill SC 29732-3282
District of South Carolina
Columbia
Mon Jan 17 11:54:43 EST 2022

Arronrnts                                 Arrow Pointe Fcu                        Ars
1015 Cobb Place Blvd Nw                   5298 Cureton Ferry Rd                   1801 Nw 66th Ave
Kennesaw GA 30144-3672                    Catawba SC 29704-8799                   Fort Lauderdal FL 33313-4571



(p)ATLAS ACQUISITIONS LCC                 Bank of America Home Loans              Bank of America, N.A.
492C CEDAR LANE SUITE 442                 PO Box 650070                           1600 South Douglass Road
TEANECK NJ 07666-1713                     Dallas TX 75265-0070                    Anaheim, CA 92806-5948



(p)JPMORGAN CHASE BANK  N A               Gentry Collins                          Commonwealth Financial
BANKRUPTCY MAIL INTAKE TEAM               Brock & Scott, PLLC                     245 Main St
700 KANSAS LANE FLOOR 01                  8757 Red Oak Boulevard                  Dickson City PA 18519-1641
MONROE LA 71203-4774                      Suite 150
                                          Charlotte, NC 28217-3977

Credit Central                            Credit Central                          Credit Recovery
1512 E Main Street                        700 E North St Ste 15                   Pob 1228
Rock Hill SC 29730-6146                   Greenville SC 29601-3013                Mauldin SC 29662-1228



ERC/Enhanced Recovery Corp                Equifax Information Services LLC        Experian
8014 Bayberry Rd                          PO Box 740256                           PO Box 2002
Jacksonville FL 32256-7412                Atlanta GA 30374-0256                   Allen TX 75013-2002



(p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP   Fed Loan Servicing                Fed Loan Servicing
ATTN ROBERT ZAYAC                         Po Box 60610                            Po Box 69184
40 MARIETTA ST SUITE 300                  Harrisburg PA 17106-0610                Harrisburg PA 17106-9184
ATLANTA GA 30303-2812


Financial Data Systems                    George Conits                           (p)GLOBAL PAYMENTS CHECK SERVICES   LLC
1638 Military Cutoff Rd                   U.S. Attorney General Office            ATTN F&B SUPPORT
Wilmington NC 28403-5751                  55 Beattie Place, Suite 700             6215 W HOWARD STREET
                                          Greenville SC 29601-2168                NILES IL 60714-3403


(p)INTERNAL REVENUE SERVICE               LVNV Funding, LLC                       Lancaster County Clerk of Court
CENTRALIZED INSOLVENCY OPERATIONS         Resurgent Capital Services              P.O. Box 1809
PO BOX 7346                               PO Box 10587                            Lancaster SC 29721-1809
PHILADELPHIA PA 19101-7346                Greenville, SC 29603-0587



Annemarie Belanger Mathews                Travis E. Menk                          Midland Funding
Chapter 13 Office                         Brock & Scott, PLLC                     2365 Northside Dr Ste 30
3700 Forest Drive                         8757 Red Oak Blvd.                      San Diego CA 92108-2709
Suite 302                                 Suite 150
Columbia, SC 29204-4010                   Charlotte, NC 28217-3977
```

| | | |
|---|---|---|
| Midland Funding<br>2635 Northside Dr Ste 300<br>San Diego CA 92108 | (p)NATIONAL CREDIT SYSTEMS<br>ATTN MELANIE MAYFIELD<br>3750 NATURALLY FRESH BLVD<br>ATLANTA GA 30349-2964 | National Finance<br>104 Woodland Drive<br>Lancaster SC 29720-4707 |
| Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 | North Carolina Department of Revenue<br>Angela C. Fountain Bankruptcy Manager<br>Collections Examination Division<br>P.O. Box 1168<br>Raleigh NC 27602-1168 | F. Lee O'Steen<br>O'Steen Law Firm, LLC<br>PO Box 36534<br>Rock Hill, SC 29732-0509 |
| Ocwen<br>PO Box 785058<br>Orlando FL 32878-5058 | PHH Mortgage Corporation<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409-6493 | James M. Page<br>Bell Carrington Price & Gregg, LLC<br>339 Heyward Street<br>2nd Floor<br>29201<br>Columbia, SC 29201-4390 |
| Porter's Used Cars<br>1401 Hwy 9 Bypass West<br>Lancaster SC 29720 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sensbl Auto<br>275 Middlesex Turn<br>Old Saybrook CT 06475-4209 |
| Sensible Auto Finance<br>26 MILL PLAIN RD STE 2D<br>DANBURY, CT 06811-5186 | South Carolina Attorney General<br>Honorable Alan Wilson<br>P.O. Box 11549<br>Columbia SC 29211-1549 | (p)SOUTH CAROLINA DEPARTMENT OF REVENUE<br>OFFICE OF THE GENERAL COUNSEL - BANKRUPTCY SE<br>300A OUTLET POINTE BLVD<br>COLUMBIA SC 29210-5666 |
| Trans Union Corporation<br>PO Box 2000<br>Crum Lynne PA 19022 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | U.S. Department of Justice<br>950 Pennsylvanie Avenue, NW<br>Washington DC 20530-0001 |
| US Attorney For SC<br>1441 Main Street<br>Columbia SC 29201-2862 | US Dept of Veterans Affairs<br>P.O. Box 530269<br>Atlanta GA 30353-0269 | USDA<br>P.O. Box 66827<br>Saint Louis MO 63166-6827 |
| USDA Rural Development<br>Centralized Servicing Center<br>PO Box 66827<br>Saint Louis MO 63166-6827 | Vera Levert Wylie<br>3190 J.B. Denton Road<br>Lancaster, SC 29720-7160 | York County Clerk of Court<br>PO Box 649<br>York SC 29745-0649 |
| York County Master in Equity<br>PO Box 627<br>York SC 29745-0627 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).